UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH BROOKS,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL FOLINO, D.O., AND<br>MARY JANE ESTRADA, N.P.,<br>    Defendants. | Civil Action No.<br><br><br>Formerly Suffolk Superior<br>Court Civil Action No.<br>05-CV-0783-D |

## CERTIFICATION

I, Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to the provisions of 28 U.S.C. § 2679 by virtue of the authority vested in the United States Attorney by the Attorney General under 28 C.F.R. § 15.3, hereby certify that on the basis of the information now available with respect to the facts alleged in the plaintiff's Complaint, I find that Michael Folino was acting within the scope his employment with Harbor Health Services, Inc. at the time of the incident alleged in the Complaint. At all times identified in the Complaint, Harbor Health Services, Inc. had been deemed eligible for coverage under the Federal Tort Claims Act pursuant to 42 U.S.C. §233, the Federally Supported Health Centers Assistance Act of 1992.

Accordingly, Michael Folino, is deemed to be a federal employee acting within the scope of his employment for the acts and omissions alleged in the above captioned Complaint.

Respectfully Submitted,

Michael J. Sullivan
Acting United States Attorney

Dated: May 17 2005