UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KENNETH BROOKS, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 05-11038-RWZ |
| | ) | |
| THE UNITED STATES OF AMERICA, AND | ) | |
| MARY JANE ESTRADA, N.P., | ) | Formerly Suffolk Superior |
|     Defendants. | ) | Court Civil Action No. |
| | ) | 05-CV-0783-D |

## UNITED STATES' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISIDCTION

The United States moves to dismiss this action, without prejudice, pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction.

In support of this motion, the United States submits the attached memorandum of law.

Wherefore, the United States requests that claims against the United States be dismissed, without prejudice, for lack of subject matter jurisdiction.

        Respectfully submitted,
        MICHAEL J. SULLIVAN
        United States Attorney
        /s/ Mark J. Grady
        MARK J. GRADY
        Assistant U.S. Attorney
        U.S. Attorney's Office
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA   02210
        Tel. No. (617) 748-3136

## Certificate of Compliance

I hereby certify that I contacted counsel or the plaintiff regarding the relief sought by way of this motion, however, plaintiff's counsel has failed to agree to dismiss claims subject to the FTCA.

        /s/ Mark J. Grady
        Mark J. Grady
        Assistant United States Attorney

## Certificate of Service

IT IS HEREBY CERTIFIED that on this 20th day of June 2005 service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Andrew Meyer, Jr., Lubin & Meyer, P.C., 100 City Hall Plaza, Boston, MA 02108.

        /s/ Mark J. Grady
        Mark J. Grady
        Assistant United States Attorney