UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KENNETH BROOKS, | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 05-11038-RWZ |
| | ) | |
| THE UNITED STATES OF AMERICA and | ) | |
| MARY JANE ESTRADA, N.P., | ) | Formerly Suffolk Superior |
| Defendants. | ) | Court Civil Action No. |
| | ) | 05-CV-0783-D |

**STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, the Plaintiff, Kenneth Brooks, and the Defendant, the United States of America (substituted for Michael Folino pursuant to the Federal Tort Claims Act and the Federally Supported Health Centers Assistance Act of 1992), hereby request dismissal without prejudice and without costs to either party as to claims against the United States pending denial of the administrative claim filed on February 7, 2005.  See 28 U.S.C. § 2675(a).


Kenneth Brooks,                                 The United States of America,
By his attorneys                                By its attorneys,

LUBIN & MEYER, P.C.                             MICHAEL J. SULLIVAN
                                                United States Attorney


 /s/ William Thomson by MJG                      /s/ Mark J. Grady
William Thompson                                MARK J. GRADY
Lubin & Meyer, P.C.                             Assistant U.S. Attorney
100 City Hall Plaza                             U.S. Attorney's Office
Boston, MA 02108                                John Joseph Moakley U.S. Courthouse
(617) 720-4447                                  1 Courthouse Way, Suite 9200
                                                Boston, MA  02210
                                                Tel. No. (617) 748-3136